

RECEIVED
APR 0 1 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**FILED**

APR 1   2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Vic Casine,                                              )
Pro se involuntarily [chain conspiracy data base]        )
          Plaintiff,                              )
                              )
vs.                                                     )   Case No. 4:12CV708 HEA
                              )
City of St. Louis, et al.                                )
Undercover Demolition Contractor, et al.                 )   Amendments 4 & 14, to the U.S. Constitution
      Second party defendant                      )   Due Process and Equal Protection of the Laws
      Defendants.                                 )

## MOTION TO SET ASIDE OPINION, MEMORANDUM AND ORDER

COMES NOW, plaintiff, Vic Casine (involuntarily pro se because of chain conspiracy

central data base system), which is an affront to: "the basic responsibility of each lawyer

engaged in the practice of law is to provide public interest legal services" - in civil rights

law, public rights law, and the administration of justice and mandatory upon Supreme

Court Rules *Governing the Missouri Bar and the Judiciary*: 8.15 Oath or Affirmation and

4-6.1 Public Service (no pro bono service necessary) and for cause of legal representation,

and with Motion To Set Aside Opinion, Memorandum and Order, and further states:

1. That defendant, City of St. Louis, failed to timely answer Plaintiff's Petition.

2. That defendant, City of St. Louis, failed to timely serve plaintiff, Vic Casine, with timely

answer or answers to Plaintiff Petition.

2. That plaintiff, Vic Casine, is of the understanding that he has has one year, from the filing

of his petition, to prosecute the aforementioned Case No. 4:12CV708.

3. That the Court Opinion, Memorandum and Order, takes on appearance of arbitrary rule.

Wherefore, plaintiff, Vic Casine, prays this Honorable Court to confirm Plaintiff's Motion To

Set Aside Opinion, Memorandum and Order; and for further and additional relief which this

Honorable Court deems just and proper.

1

Respectfully submitted for ethical consideration,

Vic Casine, pro se (involuntary per chain conspiracy data base)
4516 North Market Street (#101)
St. Louis, MO 63113
Email: tarzooni@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that Vic Casine hand-delivered a copy of his Plaintiff's Motion To Set

Aside Opinion, Memorandum and Order to the Office of the City Counselor, Ms. Patricia A.

Hageman, at 1200 Market Street, Room 314; St. Louis, Missouri 63103; this ___1st___ day

of _____April_____, 2013.

Vic Casine (Victim of tyrannical rule, to date)

_____    _____
Acknowledgement of Receipt                    Date

2